In the Matter of the Probate of the Will of SAMUEL E. MAURAN, Deceased.

ARTHUR W. JOHNSON et al., Appellants; ELIZABETH L. BETTON et al., Respondents.

(Argued October 5, 1936; decided October 20, 1936.)

*Walter A. Fullerton, James A. Leary* and *Francis J. Neddo* for appellants.

*James McPhillips, C. E. Fitzgerald* and *F. G. Bascom* for respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. CROUCH, LOUGHRAN and FINCH, JJ.